No. 84–5801.   AUSTIN *v.* YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, WAUPUN, WISCONSIN, 470 U. S. 1055.   Motion for leave to file petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 84–6152.   FRIEDMAN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., 470 U. S. 1057.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.